UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROLAND F. BEAVER,<br><br>    Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C05-1633-RSL<br><br><br><br>ORDER |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability insurance benefits under Title II and Supplemental Security Income disability benefits under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the case will be reassigned to a new administrative law judge (ALJ). The ALJ will further consider the opinion

Page 1          ORDER - [C05-1633-RSL]

from treating physician, Alton Hart, M.D., and as necessary, will further consider Plaintiff's residual functional capacity. The ALJ will also consider Plaintiff's ability to perform other work at step five and address all vocational evidence in the record in the decision.

DATED this 27th day of February, 2006.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

Recommended for Entry
this 22nd day of February, 2006:


s/ Monica J. Benton
MONICA J. BENTON
United States Magistrate Judge



Presented by:

s/ STEPHANIE R. MARTZ    WSB # 28636
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2272
Fax: (206)615-2531
stephanie.martz@ssa.gov

Page 2            ORDER - [C05-1633-RSL]