UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLAND F. BEAVER, ) | |
| ) | |
| Plaintiff, ) | CASE NO.  C05-1633-RSL |
| ) | |
| v. ) | |
| ) | ORDER FOR ATTORNEY'S FEES |
| MICHAEL J. ASTRUE, ) | PURSUANT TO 42 U.S.C. § 406(b) |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This MATTER having come before the undersigned upon Plaintiff's motion for attorney's fees pursuant to 42 U.S.C. § 406(b), the Court having considered Plaintiff's contentions, Defendant having responded that he has no objections to Plaintiff's request (Dkt. #20), and good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's motion for attorney's fees (Dkt. # 19) is GRANTED, and Plaintiff's attorney Amy M. Gilbrough is awarded attorney's fees in the amount of $7,517.75 pursuant to 42 U.S.C. § 406(b).  Social Security is directed to send Plaintiff's attorney this amount minus any applicable processing fees as allowed by statute.

//

//

ORDER FOR ATTORNEY'S FEES
PURSUANT TO 42 U.S.C. § 406(b)
Page - 1

Plaintiff's attorney shall send Plaintiff a check for $2,832.18 , the amount of the EAJA fees in this case.

DATED this 8th day of January, 2008.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

Recommended for Entry
this 7th day of January, 2008:

   /s/Monica J. Benton
Monica J. Benton
United States Magistrate Judge

ORDER FOR ATTORNEY'S FEES
PURSUANT TO 42 U.S.C. § 406(b)
Page - 2